NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1083

CANADIAN WHEAT BOARD,

Plaintiff-Appellee,

and

GOVERNMENT OF CANADA,

Plaintiff-Appellee,

and

GOVERNMENT OF ALBERTA,

Plaintiff-Appellee,

and

GOVERNMENT OF ONTARIO,

Plaintiff-Appellee,

and

GOVERNMENT OF SASKATCHEWAN,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of International Trade in consolidated case nos. 07-CV-0058 and 07-CV-0059, Judge Richard K. Eaton.

ON MOTION

ORDER

The United States moves for leave to file its brief out of time, on or before March 29, 2010.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAR 3 1 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark Astley Moran, Esq.
     Lawrence A. Schneider, Esq.
     Randolph D. Moss, Esq.
     Mark S. McConnell, Esq.
     Michele C. Sherman Davenport, Esq.
     Stephen C. Tosini, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 1 2010

JAN HORBALY
CLERK

2010-1266                        - 2 -